No. 19-14434

# United States Court of Appeals for the Eleventh Circuit

**RICHARD HUNSTEIN,**
*Plaintiff - Appellant,*

v.

**PREFERRED COLLECTION AND MANAGEMENT SERVICES, INC,**
*Defendant - Appellee,*

On Appeal from the United States District Court
for the Middle District of Florida
Case No. 8:19-cv-00983-TPB-TGW

**MOTION OF MORTGAGE BANKERS ASSOCIATION, AMERICAN BANKERS ASSOCIATION, AMERICAN FINANCIAL SERVICES ASSOCIATION, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CONSUMER BANKERS ASSOCIATION, CREDIT UNION NATIONAL ASSOCIATION, AND HOUSING POLICY COUNCIL FOR LEAVE TO FILE BRIEF IN SUPPORT OF APPELLEE'S PETITION FOR REHEARING AND FOR REHEARING EN BANC**

R. Aaron Chastain
Stephen C. Parsley
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

*Attorneys for Amici Curiae*

June 1, 2021

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Amici Curiae Mortgage Bankers Association ("MBA"), American Bankers Association ("ABA", American Financial Services Association ("AFSA"), Chamber of Commerce of the United States ("the Chamber"), Consumer Bankers Association ("CBA"), Credit Union National Association ("CUNA"), and Housing Policy Council ("HPC") each state that it is a non-profit corporation that has no parent corporation. No publicly held corporation owns 10% or more of the stock of any of the amici.

Pursuant to Eleventh Circuit Rule 26.1-2, counsel for amici curiae certify that the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

American Bankers Association – Amicus Curiae

American Financial Services Association – Amicus Curiae

Barber, the Honorable Thomas – United States District Judge

Bonan, Thomas M. – Counsel for Appellant

Bradley Arant Boult Cummings LLP – Firm representing Amici Curiae

Chamber of Commerce of the United States – Amicus Curiae

Consumer Bankers Association – Amicus Curiae

Credit Union National Association– Amicus Curiae

Chastain, R. Aaron – Counsel for Amici Curiae

Goldberg, Phillip R. – Principal Attorney at Seraph Legal P.A.

Hunstein, Richard – Appellant

Housing Policy Council– Amicus Curiae

Mortgage Bankers Association – Amicus Curiae

Parsley, Stephen C. – Counsel for Amici Curiae

Preferred Collection and Management, Inc. – Appellee

Solomon, Ginsberg & Vigh, P.A. – Firm representing Appellee

Seraph Legal P.A. – Firm representing Appellant

Vigh, Robert A. – Counsel for Appellee

Respectfully submitted,

/s/ R. Aaron Chastain
R. Aaron Chastain
Stephen C. Parsley
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

*Attorneys for Amici Curiae*

The Mortgage Bankers Association, American Bankers Association, American Financial Services Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Credit Union National Association, and Housing Policy Council (together, "Financial Industry Amici") respectfully request leave to file the attached amicus curiae brief in support of Appellee's Petition for Rehearing and for Rehearing *En Banc*. The proposed amicus brief is attached as Exhibit 1.

The Financial Industry Amici are national trade associations that, together, represent thousands of institutions in the consumer credit, finance, banking, credit union, and mortgage sectors of the American economy. As explained in the attached amicus brief, the panel's opinion threatens the functioning of debt collectors, mortgage servicers, and the broader financial services industry, as well as the many other sectors of the economy that depend upon access to financial services. As such, the Financial Industry Amici have an immediate and substantial interest in the legal issue presented in this appeal.

In addition to threatening severe adverse consequences for the financial services industry and for consumers, the panel's interpretation of 15 U.S.C. § 1692c(b) runs afoul of the First Amendment. As interpreted by the panel, Section 1692c(b) is one of the broadest restrictions in the federal code, prohibiting a wide range of financial institutions from engaging in routine business communications

with third parties "concern[ing]" or "with reference to" a debt. Panel Op. at 14. Yet as the panel conceded, this severe restriction on speech fails to accomplish any of the congressional goals behind the enactment of the Fair Debt Collection Practices Act, as it does "not purchase much in the way of 'real' consumer privacy," and the consequences are not "particularly sensible or desirable." *Id.* at 22. Such a broad restriction on speech cannot withstand intermediate scrutiny under the First Amendment. The Court should consider the significant constitutional implications of the panel's decision when deciding whether to accept rehearing *en banc*.

For these reasons, the Financial Industry Amici respectfully request that the Court grant leave to file the proposed brief in support of the Appellee's Petition for Rehearing and for Rehearing En Banc.

Respectfully submitted this 1st day of June, 2021.

s/ R. Aaron Chastain
R. Aaron Chastain
Stephen C. Parsley
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

*Attorneys for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

1. I hereby certify that the foregoing motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 348 words.

2. I further certify that the foregoing motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6), made applicable to the motion by Federal Rule of Appellate Procedure 27(d)(1)(E), because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated: June 1, 2021

s/ R. Aaron Chastain
Of Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the Appellate Electronic Filing system, which will provide electronic notice of such filing to all parties.

s/ R. Aaron Chastain
Of Counsel